UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CYRUS CASBY #18881-078,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00837<br>SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN MCCONNELL ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19) and after a de novo review of the record including the Objections filed by Plaintiff (ECF No. 22), and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint and Amended Complaints (ECF Nos. 5, 7, 18) are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A, and all pending motions (ECF Nos. 5, 8) are DENIED AS MOOT.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

DONE AND SIGNED at Alexandria, Louisiana, this 13 day of June 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT